CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for KHK

JUL 09 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonald
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTONIO DWAYNE BECKHAM,<br>　　Plaintiff, | ) ) ) | Civil Action No. 7:13-cv-00133 |
| v. | ) ) ) | **ORDER** |
| ROANOKE CITY POLICE<br>DEPARTMENT K9, et al.,<br>　　Defendants. | ) ) ) ) | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to prosecute, pursuant to Fed. R. Civ. P. 41(b), and defendants' motion to dismiss is **DISMISSED as moot**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This 9th day of July, 2013.

　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　Senior United States District Judge